**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**M&L RESTAURANT GROUP, LLC;**
**M&L TARPON SPRINGS, LLC;**
**M&L LARGO, LLC,**

    Plaintiffs,

v.                                         Case No.   8:17-CV-02119VMC-TGW

**ATIF HOSPITALITY CONCEPTS, LLC;**
**ATIF HUSSAIN,**

    Defendants.
_____/

## STIPULATED VOLUNTARY DISMISSAL

The parties jointly file, pursuant to Fed. R. Civ. P. 41(a)(1)(A), this Notice of Stipulated Voluntary Dismissal with prejudice. In support thereof, the parties state as follows:

1. On September 8, 2017, Plaintiffs filed suit against Defendants.

2. On December 1, 2017, Plaintiffs filed a Notice of Voluntary Dismissal.

3. On September 21, 2018, the Court awarded Defendants $13,381.25 in attorneys' fees.

4. The parties have since entered into a settlement agreement resolving the claims at issue.

5. The parties therefore stipulate that this case should be dismissed in total, including all claims, with prejudice, and except as stated in the settlement agreement, each Party bearing its own fees and costs.

2

WHEREFORE, the parties jointly file this Stipulated Voluntary Dismissal, dismissing this action with prejudice.

Dated: January 18, 2019

| | |
|---|---|
| */s/ Jay B. Verona* | */s/ Herbert W. Larson* |
| Jay B. Verona, Esquire | Herbert W. Larson, Esquire |
| Florida Bar No. 352616 | Florida Bar No. 969930 |
| jverona@slk-law.com | bill@larsonpatentlaw.com |
| Mindi M. Richter, Esquire | Larson & Larson, P.A. |
| Florida Bar No. 0044827 | 11199 69th Street |
| mrichter@slk-law.com | Largo, FL 33773 |
| Shumaker, Loop & Kendrick, LLP | Telephone No.: (727) 546-0660 |
| 101 East Kennedy Blvd., Suite 2800 | *Attorneys for Plaintiffs* |
| Tampa, Florida 33602 | |
| Telephone No.: (813) 229-7600 | |
| *Attorneys for Defendants* | |